# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH
## SALT LAKE DIVISION

| | |
|---|---|
| In re: LARSEN, TRACY STEVEN | § Case No. 12-31087 |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 29, 2012. The undersigned trustee was appointed on November 07, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         1,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 90.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 910.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/05/2013 and the deadline for filing governmental claims was 02/25/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $250.00, for a total compensation of $250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $7.20, for total expenses of $7.20.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/03/2013          By: /s/George Hofmann
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-31087  
**Case Name:** LARSEN, TRACY STEVEN  

**Period Ending:** 12/03/13

**Trustee:** (640160) George Hofmann  
**Filed (f) or Converted (c):** 11/06/12 (c)  
**§341(a) Meeting Date:** 12/06/12  
**Claims Bar Date:** 06/05/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residential Home 7212 West 3995 South, Magma, UT | 164,900.00 | 0.00 | | 0.00 | FA |
| 2  Mountain America Credit Union Checking | 25.00 | 25.00 | | 0.00 | FA |
| 3  Security Deposit with Royal Ridge Apts | 250.00 | 250.00 | | 0.00 | FA |
| 4  Living Room Furniture; TV (3); DVD Player (2); D | 2,075.00 | 0.00 | | 0.00 | FA |
| 5  CD's; DVDS; Books; Decorative Pictures | 220.00 | 0.00 | | 0.00 | FA |
| 6  Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7  Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8  Firearms, Sporting equiptment | 450.00 | 50.00 | | 0.00 | FA |
| 9  Claim against Jackson Hewitt for mistakes in tax | Unknown | 0.00 | | 0.00 | FA |
| 10  2005 Ford Focus | 7,650.00 | 0.00 | | 0.00 | FA |
| 11  2003 Ford F250 | 16,000.00 | 0.00 | | 0.00 | FA |
| 12  1976 Ford Coff 25 | 500.00 | 500.00 | | 0.00 | FA |
| 13  2000 Ford F350 174000 | 3,000.00 | 0.00 | | 0.00 | FA |
| 14  2003 Charmac Cargo Trailer | 2,000.00 | 0.00 | | 0.00 | FA |
| 15  2003 Polaris Sportsman 500 ATV | 1,500.00 | 0.00 | | 0.00 | FA |
| 16  Tools Used for profession | 2,500.00 | 0.00 | | 0.00 | FA |
| 17  Sale of Guns and 1976 to Debtor | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$201,370.00** | **$1,825.00** | | **$1,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/20/13 - UT State Tax Commission amended their claim, priority unsecured (dh)

11/18/13 - Reviewed claims, will talk to TTE regarding Ford claim and Home Depot claim, need to call State of Utah Tax Commission regarding amending their secured claim (dh)

10/23/13 - Order approving motion to sell approved (dh)

10/18/13 - Filed order approving motion to sell personal property (dh)

09/25/13 - Filed motion and notice for sale of personal property (dh)

09/25/13 - Reminder email to debtor's counsel re: return of executed letter agreement (dh)

07/29/13 - Review case, if we are not going after any more assets we need to administer case or refund money. DH to follow up. (aka)

06/18/13 - Remark. No Court fees due at this time; Trustee's notification. (fsl)

06/14/13 - Email to debtor's counsel re Trustee has no intention of pursuing Jackson Hewitt, file request for a bill with the court, import claims (dh)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-31087  
**Case Name:** LARSEN, TRACY STEVEN  

**Period Ending:** 12/03/13

**Trustee:** (640160) George Hofmann  
**Filed (f) or Converted (c):** 11/06/12 (c)  
**§341(a) Meeting Date:** 12/06/12  
**Claims Bar Date:** 06/05/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

06/03/13 - Received email from Paul Benson regarding TTE's intentions with the Jackson Hewitt tax error, TTE advised Mr. Benson that TTE is not pursuing the issue (dh)

5/15/13 - after review of case Trustee deeemed the only asset is asset #17, Diane will prepare for case to be administered. lsr

03/25/13 - rcvd check for $1,000.lsr

03/08/13 - rcvd request from Ashlee atty paralegal request agreement be changed and Debtor be allowed to pay off amount in 3 mths. Will discuss with Trustee. lsr

03/07/13 - Diane H. emailed to attorney with letter agreement, also mailed letter to counsel accepting proposal. lsr

03/05/13 - Debtor proposed $1,000 for the 1976 ford and all the guns, trustee accepted drafted letter agreement. lsr

01/10/13 - rcvd appraisal will discuss with Trustee. lsr

01/08/13 - Trustee sent email to crpollock re claims against Jackson Hewitt. lsr

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013        **Current Projected Date Of Final Report (TFR):**   December 31, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-31087  
**Case Name:** LARSEN, TRACY STEVEN  

**Taxpayer ID #:** 30-6359711  
**Period Ending:** 12/03/13  

**Trustee:** George Hofmann (640160)  
**Bank Name:** Rabobank, N.A.  
**Account:** 5005517966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/13 | {17} | J.L.B. Enterprises, Inc. | | 1149-000 | 1,000.00 | | 1,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 970.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 960.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 950.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 940.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 930.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 920.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 910.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,000.00 | 90.00 | **$910.00** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 1,000.00 | 90.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,000.00** | **$90.00** | |

Net Receipts :  1,000.00  
Net Estate :  $1,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 5005517966** | 1,000.00 | 90.00 | 910.00 |
| | $1,000.00 | $90.00 | $910.00 |

{} Asset reference(s)

Printed: 12/03/2013 02:47 PM   V.13.13

# Claims Register

### Case: 12-31087 LARSEN, TRACY STEVEN

Claims Bar Date: 06/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | George Hofmann<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>11/06/12 | | $250.00<br>$250.00 | $0.00 | $250.00 |
| | George Hofmann<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>11/06/12 | | $7.20<br>$7.20 | $0.00 | $7.20 |
| 1P-2 | IRS - Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114-0326<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>09/12/12 | | $104.85<br>$104.85 | $0.00 | $104.85 |
| 1U-2 | IRS - Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114-0326<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/12/12 | | $21,167.93<br>$21,167.93 | $0.00 | $21,167.93 |
| 2 -2 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/12/12 | | $7,458.74<br>$7,458.74 | $0.00 | $7,458.74 |
| 3 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit, MI 48255-0953<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/26/12 | Car Loan, COLLATERAL:2005 Ford Focus, VALUE: 7650 | $2,249.93<br>$0.00 | $0.00 | $0.00 |
| 4 -2 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-0700<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/01/12 | | $1,205.09<br>$1,205.09 | $0.00 | $1,205.09 |
| 5 | RC Willey<br>P.O. Box 65320<br>Salt Lake City, UT 84165<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/03/12 | Tile and Carpet | $8,180.11<br>$8,180.11 | $0.00 | $8,180.11 |

# Claims Register

## Case: 12-31087  LARSEN, TRACY STEVEN

Claims Bar Date: 06/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Gemini Capital Group<br>c/o Johnson Mark LLC<br>11778 South Election Dr., Ste 240<br>Draper, UT 84020<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/02/12 | | $12,208.27<br>$12,208.27 | $0.00 | $12,208.27 |
| 7S | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>11/20/12 | | $322.25<br>$0.00 | $0.00 | $0.00 |
| 7U | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/20/12 | | $1,930.75<br>$1,930.75 | $0.00 | $1,930.75 |
| 8 | Portfolio Recovery Associates, LLC (BofA)<br>POB 41067<br>Norfolk, VA 23541<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/31/13 | | $4,874.36<br>$4,874.36 | $0.00 | $4,874.36 |
| 9 | Portfolio Recovery Associates, LLC (Home Depot)<br>POB 41067<br>Norfolk, VA 23541<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/04/13 | | $229.97<br>$229.97 | $0.00 | $229.97 |
| NOTFILED | Salt Lake County Treasurer Atten: Ray Lancaster<br>2001 South State Street #N-1200<br>Salt Lake City, UT 84190-1200<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>08/29/12 | Property Taxes | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Wilshire Credit Corp.<br>PO Box 105344<br>Atlanta, GA 30348-5344<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Law Office of Paul Benson<br>2650 Washington Blvd Suite 101<br>Ogden, UT 84401<br><5200-00 Unsecured Claims Allowed>, 505 | Priority<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 12-31087 LARSEN, TRACY STEVEN

Claims Bar Date: 06/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | American General Finance<br>PO Box 3893<br>Evansville, IN 47737-3893<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | American General Finance by CBNA<br>PO Box 550<br>Dickson, TN 37056-0550<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bank of America<br>PO Box 25118<br>Tampa, FL 33633-0900<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Capital One<br>P.O. Box 85520<br>Richmond, VA 23285-6<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Capital one Bank<br>2730 Liberty Ave.<br>Pittsburgh, PA 15222<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Capital One Bank<br>P.O. Box 60599<br>City Of Industry, CA 91716<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Card member services By NAFS<br>PO Box 9027<br>Williamsville, NY 14231-9027<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase<br>PO Box 94014<br>Palantine, IL 60094 | Unsecured<br>08/29/12 | --------------------------------------------------------------------------<br>06/14/2013 04:02:47 PM Schedule F Amount $8,365.44 imported by DHANEY | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 12-31087 LARSEN, TRACY STEVEN

Claims Bar Date: 06/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Owner Type: J<br>Schedule F Description:<br>DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | Chase by Financial Asset Management<br>PO Box 451409<br>Atlanta, GA 31145-9409 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | Discover<br>PO Box 30395<br>Salt Lake City, UT 84130 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | Discover<br>PO Box 8003<br>Hilliard, OH 43026-8003 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | GE Money Bank<br>P.O. Box 960061<br>Orlando, FL 32896 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | Great America Home Banking<br>PO Box 26599<br>Lehigh Valley, PA 18003-6599 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | Great America Home Banking By RMBC<br>PO box 1234<br>Elmsford, NY 10523-0934 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| NOTFILED | HSBC Retail Services<br>PO Box 5244<br>Carol Stream, IL 60197-5244 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |

# Claims Register

## Case: 12-31087    LARSEN, TRACY STEVEN

Claims Bar Date:  06/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC Retail Services By Bass and Associa<br>3936 East Fort Lowell Road #200<br>Tucson, AZ 85712-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | I.C. System, Inc<br>P.O. Box 64886<br>St. Paul, MN 55164<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | IHC/ARC<br>PO Box 27808<br>Salt Lake City, UT 84127-0808<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | IHC/ARC<br>PO Box 27808<br>Salt Lake City, UT 84141-0400<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | International Masters Pub<br>PO Box 26599<br>Lehigh Valley, PA 18002-6599<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Jay Barney<br>404 East 4500 South suite A-38<br>Salt Lake City, UT 84107<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | Collecting for - Knight Adjustment Bureau | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Johnson Mark LLC<br>PO Box 7811<br>Sandy, UT 84091<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | Collecting for - Lowes/GE Money Bank | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Kirk A. Cullimore<br>PO Box 6566<br>Salt Lake City, UT 84165-0655<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Knight Adjustment Bureau<br>404 East 4500 South #A-34<br>Salt Lake City, UT 84107<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 12-31087    LARSEN, TRACY STEVEN

Claims Bar Date:  06/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Monitronics International, Inc<br>P.O. Box 814530<br>Dallas, TX 75381<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Nationwide Credit, Inc<br>2015 Vaughn Road NW, Suite 400<br>Kennesaw, GA 30144<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Rosenthal, Morgan & Thomas Inc.<br>12747 Olive Blvd Ste 250<br>St. Louis, MO 63141<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | Collecting for - Monitronics | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sam's Club Credit<br>P.O. Box 530942<br>Atlanta, GA 30353<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Tahiti Village<br>Po box 150<br>Scottsdale, AZ 85252<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | Timeshare | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Wasatch County Ambulance<br>PO Box 271044<br>Salt Lake City, UT 84125-1044<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | Medical Service | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Department of Workforce Services<br>Collections - Bankruptcy<br>140 East 300 South<br>PO Box 45288<br>Salt Lake City, UT 84145-0288<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 12-31087  LARSEN, TRACY STEVEN

Claims Bar Date: 06/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service<br>Attn: Special Procedures, Mail Stop 5021<br>50 South 200 East<br>Salt Lake City, UT 84111<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | Required Notification | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Taxpayer Service Division Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-3340<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/29/12 | Required Notification | $0.00<br>$0.00 | $0.00 | $0.00 |

|  |  |  | **Case Total:** | **$0.00** | **$57,617.27** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-31087
Case Name: LARSEN, TRACY STEVEN
Trustee Name: George Hofmann

**Balance on hand:** $ 910.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC | 2,249.93 | 0.00 | 0.00 | 0.00 |
| 7S | Capital One, N.A. | 322.25 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 910.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George Hofmann | 250.00 | 0.00 | 250.00 |
| Trustee, Expenses - George Hofmann | 7.20 | 0.00 | 7.20 |

Total to be paid for chapter 7 administration expenses: $ 257.20
Remaining balance: $ 652.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 652.80

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,309.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P-2 | IRS - Centralized Insolvency | 104.85 | 0.00 | 52.25 |
| 4 -2 | Utah State Tax Commission | 1,205.09 | 0.00 | 600.55 |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 652.80 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,050.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U-2 | IRS - Centralized Insolvency | 21,167.93 | 0.00 | 0.00 |
| 2 -2 | Discover Bank | 7,458.74 | 0.00 | 0.00 |
| 5 | RC Willey | 8,180.11 | 0.00 | 0.00 |
| 6 | Gemini Capital Group | 12,208.27 | 0.00 | 0.00 |
| 7U | Capital One, N.A. | 1,930.75 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC (BofA) | 4,874.36 | 0.00 | 0.00 |
| 9 | Portfolio Recovery Associates, LLC (Home Depot) | 229.97 | 0.00 | 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**